IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–33–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| RONALD DAVID DEAN, | |
| Defendant. | |

The United States having requested that the defendant be permitted to pay restitution prior to his sentencing hearing in this matter,

IT IS ORDERED that the motion (Doc. 27) is GRANTED. The Clerk of Court shall accept payment of restitution in this matter prior to the defendant's sentencing up to $780,509.83. Any payments shall be held for application to the defendant's criminal monetary penalties after sentencing and entry of a restitution judgment.

DATED this 12th day of November, 2024.

Donald W. Molloy, District Judge
United States District Court